# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  BRANDI K. MATTHEWS  
628 CONCORD AVENUE  SSN-xxx-xx-2955  
ROCKFORD, IL  61102

Case Number: 07-72036

Case filed on: 8/28/2007  
Plan Confirmed on: 12/10/2007

D Dismissed

Total funds received and disbursed pursuant to the plan:  $326.76          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY LAURA L. MCGARRAGAN | 3,500.00 | 3,500.00 | 305.08 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 305.08 | 0.00 |
| 999 | BRANDI K. MATTHEWS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CHECKS FOR CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | COMED CO | 2,534.86 | 2,534.86 | 0.00 | 0.00 |
| 004 | DIRECT TV | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | INSIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | JANET WATTLES CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | MADISON RADIOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | MIDWEST TITLE LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NATIONAL CITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | NICOR GAS | 1,338.53 | 1,338.53 | 0.00 | 0.00 |
| 011 | ROCKFORD HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | B-REAL LLC | 359.81 | 359.81 | 0.00 | 0.00 |
| 013 | SUPERIOR RECOVERY SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | WALMART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 4,233.20 | 4,233.20 | 0.00 | 0.00 |
|  | Grand Total: | 7,733.20 | 7,733.20 | 305.08 | 0.00 |

Total Paid Claimant:  $305.08  
Trustee Allowance:  $21.68  
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008          By  /s/Heather M. Fagan